LAW OFFICES OF BROOK HART
Attorneys at Law
A Law Corporation

BROOK HART  723-0
333 Queen Street, Suite 610
Honolulu, Hawaii  96813
Telephone:  (808) 526-0811

Attorney for Respondent
DUANE LEE CHAPMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>DUANE LEE CHAPMAN,<br> a/k/a Duane Leg Chapman<br> a/k/a Duane Chapman<br> a/k/a Dog Chapman<br> a/k/a Dog<br><br>     Respondent | Civ. No. 07-00365 SOM-BMK<br><br>**STIPULATION AND ORDER PERMITTING RESPONDENT TO TRAVEL OUT OF THE JURISDICTION; EXHIBIT A** |

**STIPULATION AND ORDER PERMITTING**
**RESPONDENT TO TRAVEL OUT OF THE JURISDICTION**

IT IS HEREBY STIPULATED, by and between counsel for Respondent DUANE LEE CHAPMAN, and U.S. Pretrial Services Officer David Kahunahana, subject to approval by the court, that Respondent DUANE LEE CHAPMAN shall be permitted to travel for various speaking and book signing engagements to the mainland United States, and to Canada and Nova Scotia, leaving Hawaii on August 2, 2007, returning to Hawaii either on August 26, 2007, or August 28, 2007 (itinerary and lodging information attached hereto as Exhibit A). Respondent's business manager, Alan Nevins, will be with Respondent during his proposed travel.

U.S. Pretrial Services Officer David Kahunahana has

stated that he has no objection to Respondent's proposed travel to the places listed on Exhibit A. Assistant United States Attorney Ron Johnson stated that if the U.S. Pretrial Services Office has no objection to the proposed travel, the United States would defer to the sound discretion of the court.

DATED: Honolulu, Hawaii, July 26, 2007.

AGREED AND SO STIPULATED:

*/s/ Brook Hart*
BROOK HART
Attorney for Respondent
DUANE LEE CHAPMAN

*/s/ David Kahunahana*
DAVID KAHUNAHANA
U.S. Pretrial Services Officer

DEFER TO THE SOUND
DISCRETION OF THE COURT:

*/s/ Ron Johnson*
RON JOHNSON
Assistant United States
Attorney

APPROVED AND SO ORDERED:

*/s/*
JUDGE OF THE ABOVE-ENTITLED COURT

IN THE MATTER OF THE EXTRADITION OF DUANE LEE CHAPMAN (Civ. No. 07-00365 SOM-BMK); Stipulation And Order Permitting Respondent To Travel Out Of The Jurisdiction; Exhibit A

-2-

EXHIBIT A